```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18776
    STEPHEN J ELOSH
    DONNA J ELOSH                             CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6663      SSN XXX-XX-2385


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/12/2007 and was confirmed 11/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
 CAPITAL ONE                UNSECURED        4344.22          .00           .00
 CLC CONSUMER SERVICES      UNSECURED       11953.54          .00           .00
 CLC CONSUMER SERVICES      UNSECURED        8583.50          .00           .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED        1135.43          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        4768.12          .00           .00
 ECAST SETTLEMENT CORP      UNSECURED        2859.84          .00           .00
 RICHARD P KOMYATTE & ASS   UNSECURED       NOT FILED         .00           .00
 MERRICK BANK               UNSECURED        1847.26          .00           .00
 MERRICK                    UNSECURED        1833.43          .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED        6951.07          .00           .00
 PORTFOLIO RECOVERY         UNSECURED        2863.68          .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED         996.67          .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED        8696.04          .00           .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED       12102.54          .00           .00
 LEGAL HELPERS PC           DEBTOR ATTY      2,500.00                   1,041.00
 TOM VAUGHN                 TRUSTEE                                        84.00
 DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE               1,125.00

 PRIORITY                                        .00
 SECURED                                         .00
 UNSECURED                                       .00
 ADMINISTRATIVE                              1,041.00
 TRUSTEE COMPENSATION                           84.00
 DEBTOR REFUND                                   .00
                      ---------------    ---------------
 TOTALS                1,125.00               1,125.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18776 STEPHEN J ELOSH & DONNA J ELOSH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE